JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ELDRIDGE TYLER, | ) | CASE NO. CV 12-05041-VAP (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| G. D. LEWIS, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

   **IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: June 26, 2012

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE